ACCEPTED
04-15-00318-CV
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
11/17/2015 12:39:47 AM
KEITH HOTTLE
CLERK

## No. 04-15-00318-CV

_____

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
11/17/2015 12:39:47 AM
KEITH E. HOTTLE
Clerk

IN THE COURT OF APPEALS

FOR THE FOURTH DISTRICT OF TEXAS

_____

GEMINI INSURANCE COMPANY AND BERKLEY OIL AND
GAS SPECIALTY SERVICES, LLC,

APPELLANTS

V.

DRILLING RISK MANAGEMENT, INC.,

APPELLEE

_____

On Appeal from the 216th Judicial District Court
Kendall County, Texas
Trial Court Cause No. 12-066
Honorable Bill Palmer, Judge Presiding

_____

## MOTION FOR FOURTH EXTENSION OF TIME TO FILE APPELLANTS' BRIEF

_____

TO THE HONORABLE FOURTH COURT OF APPEALS:

Appellants, Gemini Insurance Company and Berkley Oil and Gas Specialty Services, LLC, respectfully requests a 12-hour extension of time to file their brief as appellants under Texas Rules of Appellate Procedure 10.5(b) and 38.6(d), and would respectfully show this Court as follows:

1. This is Appellants' fourth motion for an extension of time to file their brief.

2. The filing deadline for Appellants' brief is presently November 16, 2015.

3. This Court granted Appellants' prior extension request and noted that "No further extensions would be granted."

4. Appellants' appellate counsel, Russell Hollenbeck, profusely apologizes to this Court for this request, but nonetheless needs a 12-hour extension of the deadline to file Appellants' opening brief, which would make Appellants' brief due by noon on November 17, 2015.

5. Counsel did not take this Court's admonition regarding further instructions lightly, and was prepared to file Appellants' brief in compliance with the Court extension of the deadline to November 16, 2015. However, Appellants' counsel needs this short amount of additional time to file the opening brief in this matter, solely and embarrassingly as a result of last-minute computer software formatting problems encountered in the preparation of the brief itself, and as a result of counsel's own inadvertence in failing to correctly save revisions to the brief while drafting it.

6. This delay is not the result of any conduct on the part of Appellants' themselves.

6. Because of the lateness of the hour of the filing of this motion (after midnight) Appellants' counsel has not received any indicating concerning whether counsel for Appellee, Drilling Risk Management, Inc., opposes the relief sought in this motion.

WHEREFORE, Appellants Gemini Insurance Company and Berkley Oil and Gas Specialty Services, LLC respectfully request that the Court grant this motion and extend the deadline for their opening brief to noon on Tuesday, November 17, 2015.

Respectfully submitted,

*/s/ R. Russell Hollenbeck*
R. Russell Hollenbeck
State Bar No. 00790901
**WRIGHT & CLOSE, LLP**
One Riverway, Suite 2200
Houston, Texas  77056
(713) 572-4321
(713) 572-4320 (fax)
hollenbeck@wrightclose.com

*Attorney for Appellants,*
*Gemini Insurance Co. and*
*Berkley Oil & Gas Specialty*
*Services, LLC*

## CERTIFICATE OF CONFERENCE

As required by Texas Rule of Appellate Procedure 10.1(a)(5), I personally emailed Steve Skarnulis, counsel for Appellee, Drilling Risk Management, Inc., but he has not yet indicated whether his client is opposed to this motion.

/s/ *R. Russell Hollenbeck*
R. Russell Hollenbeck

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of this motion was served by email on all counsel of record electronically on November 17, 2015.

Catherine M. Stone
**LANGLEY & BANACK, INC.**
745 E. Mulberry Avenue, Suite 900
San Antonio, Texas 78212
cstone@langleybanack.com

Steve Skarnulis
Charles J. Cain
**CAIN & SKARNULIS, LLP**
400 W. 15th Street, Suite 900
Austin, Texas 78701
skarnulis@cstrial.com
ccain@cstrial.com

*/s/ R. Russell Hollenbeck*
R. Russell Hollenbeck